**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JUSTIN LOREN CREAMER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:26-cv-00047-PLC |
| UNKNOWN NURSE, et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of the file. On June 22, 2026, Plaintiff Justin Loren Creamer, an inmate at the Jefferson City Correctional Center, filed a civil complaint (ECF No. 1) and a Motion for leave to proceed *in forma pauperis*. (ECF No. 2). He did not file a certified inmate account statement. In his Motion, Plaintiff stated under penalty of perjury that he had earned significant income, and that he possessed significant assets. *Id.* On July 7, 2026, the Honorable Patricia L. Cohen denied Plaintiff's Motion after determining that he had failed to show that he was unable to pay the filing fee as required by 28 U.S.C. § 1915(a)(1). (ECF No. 5). Judge Cohen ordered Plaintiff to pay the filing fee by August 6, 2026, and cautioned him that his failure to pay would result in the dismissal of his case. *Id.*

Two days later, on July 9, 2026, the Court received a printout that listed transactions in Plaintiff's inmate account. (ECF No. 6). The printout contained no information indicating that Plaintiff had obtained it from an appropriate official at his institution, as required by 28 U.S.C. § 1915(a)(2). On that same day, the Court received a drawing of a wheeled canister annotated with the words: "almost 3 foot tall preasure [*sic*] can mace used me [*sic*] in suicide cell A wing." (ECF No. 7). Neither filing mentioned the July 7, 2026 Order. Because of that, and because the filings

arrived so quickly after the July 7 Order was entered, it appears they simply crossed in the mail, not that Plaintiff sent them in response to the July 7 Order. Plaintiff has filed nothing since.

In sum, Plaintiff has not complied with the July 7, 2026 Order to pay the filing fee, nor has he filed a renewed motion to proceed *in forma pauperis* that demonstrates his inability to pay such fee. "A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders." *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997); *see Walker v. Galbreth*, 382 F. App'x 522, 522 (8th Cir. 2010) (per curiam) (affirming dismissal of inmate's case for his failure to comply with a court order to pay the initial partial filing fee). Because Plaintiff did not comply with the July 7, 2026 Order, the Court dismisses this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered with this Memorandum and Order.

Dated this 17th day of November 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE